IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Slaughter, Maurice | Case Number: 07 B 01835 |
|---|---|---|
| | Slaughter, Kathleen | Judge: Hollis, Pamela S |
| | Printed: 10/7/08 | Filed: 2/3/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: August 18, 2008
Confirmed: March 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 19,250.00 |  |
| Secured: |  | 3,349.33 |
| Unsecured: |  | 11,613.13 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,571.00 |
| Trustee Fee: |  | 983.70 |
| Other Funds: |  | 1,732.84 |
| Totals: | 19,250.00 | 19,250.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 1,571.00 | 1,571.00 |
| 2. | HomeComings Financial Network | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 1,316.00 | 0.00 |
| 4. | Nationwide Acceptance Corp | Secured | 1,303.00 | 1,303.00 |
| 5. | HomeComings Financial Network | Secured | 17,709.97 | 2,046.33 |
| 6. | Seventh Avenue | Unsecured | 264.62 | 264.62 |
| 7. | Merrick Bank | Unsecured | 998.00 | 998.00 |
| 8. | Peoples Energy Corp | Unsecured | 479.83 | 479.83 |
| 9. | Asset Acceptance | Unsecured | 923.42 | 923.42 |
| 10. | Rewards 660 | Unsecured | 432.56 | 432.57 |
| 11. | Country Door | Unsecured | 496.48 | 496.48 |
| 12. | Jefferson Capital | Unsecured | 647.59 | 647.59 |
| 13. | Asset Acceptance | Unsecured | 3,321.11 | 3,321.11 |
| 14. | NCO Financial Services Inc | Unsecured | 395.29 | 395.29 |
| 15. | Educational Credit Management Corp | Unsecured | 3,654.22 | 3,654.22 |
| 16. | Cook County Treasurer | Priority | | No Claim Filed |
| 17. | AFNI | Unsecured | | No Claim Filed |
| 18. | AAC | Unsecured | | No Claim Filed |
| 19. | Balaban Furniture Ltd | Unsecured | | No Claim Filed |
| 20. | Asset Acceptance | Unsecured | | No Claim Filed |
| 21. | Blair | Unsecured | | No Claim Filed |
| 22. | Capital One | Unsecured | | No Claim Filed |
| 23. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 24. | CDA Services Inc | Unsecured | | No Claim Filed |
| 25. | Credit One | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Slaughter, Maurice
Slaughter, Kathleen
Printed: 10/7/08

Case Number: 07 B 01835
Judge: Hollis, Pamela S
Filed: 2/3/07

| # | Creditor | Type | | Claim |
|---|---|---|---|---|
| 26. | Fingerhut | Unsecured | | No Claim Filed |
| 27. | Encore | Unsecured | | No Claim Filed |
| 28. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 29. | Island National Group | Unsecured | | No Claim Filed |
| 30. | Fingerhut | Unsecured | | No Claim Filed |
| 31. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 32. | Jefferson Capital | Unsecured | | No Claim Filed |
| 33. | Jefferson Capital | Unsecured | | No Claim Filed |
| 34. | Dish Network | Unsecured | | No Claim Filed |
| 35. | Midnight Velvet | Unsecured | | No Claim Filed |
| 36. | NCO Financial Services Inc | Unsecured | | No Claim Filed |
| 37. | AAC | Unsecured | | No Claim Filed |
| 38. | NDC Check Services | Unsecured | | No Claim Filed |
| 39. | NextBank NA | Unsecured | | No Claim Filed |
| 40. | Nrthestcrcol | Unsecured | | No Claim Filed |
| 41. | Park Dansan | Unsecured | | No Claim Filed |
| 42. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 43. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 44. | Palisades Collection LLC | Unsecured | | No Claim Filed |
| 45. | Through The Country Door | Unsecured | | No Claim Filed |
| 46. | Providian | Unsecured | | No Claim Filed |
| 47. | Peoples Energy Corp | Unsecured | | No Claim Filed |
| 48. | Rewards 660 | Unsecured | | No Claim Filed |
| 49. | Rewards 660 | Unsecured | | No Claim Filed |
| 50. | Spiegel | Unsecured | | No Claim Filed |
| 51. | Oxford Collection Service | Unsecured | | No Claim Filed |
| 52. | Wexler & Wexler | Unsecured | | No Claim Filed |
| 53. | Capital One | Unsecured | | No Claim Filed |
| 54. | United Credit Natl Bank | Unsecured | | No Claim Filed |
| 55. | AT&T | Unsecured | | No Claim Filed |

$ 33,513.09          $ 16,533.46

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 760.56 |
| 6.5% | 223.14 |

$ 983.70

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_/s/ M Mack_____